IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

JANE LOIS MARTIN,                          )
                                           )
            Plaintiff,                     )    TC-MD 160348G
                                           )
    v.                                     )
                                           )
DEPARTMENT OF REVENUE,                     )
State of Oregon,                           )
                                           )
            Defendant.                     )    **FINAL DECISION**[1]

Plaintiff appealed Defendant's tax assessments for the 2011, 2012, and 2013 tax years. At the case management conference, held December 14, 2016, Plaintiff agreed to file a 2013 return and Defendant agreed that Plaintiff need not file 2011 and 2012 returns. In its Status Report, filed January 18, 2017, Defendant stated that it had accepted Plaintiff's 2013 return as filed and canceled its Notices of Assessment for tax years 2011, 2012, and 2013. Because Defendant has agreed to provide Plaintiff with the relief she requested, this case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision incorporates without change the court's Decision, entered January 20, 2017. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is granted. Defendant shall cancel its Notices of Assessment against Plaintiff for tax years 2011, 2012, and 2013.

Dated this ____ day of February, 2017.

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was filed and entered on February 7, 2017.*